

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

April 20, 2021

**VIA ECF**
Hon. Judge Allison J. Nathan
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2021

Re:     Sanchez v. Sheet Music Plus, LLC; Case No: 1:21-cv-00538-AJN

To the Honorable Judge Nathan,

The undersigned represents Plaintiff Christian Sanchez (hereinafter "Plaintiff") in the above-referenced matter.

This Letter is submitted in response to the Court's April 5, 2021, Order directing Plaintiff to move for Default Judgment by April 19, 2021.

By way of background, this matter has been pending before the Court since January 21, 2021, and while Defendant was properly served (and Affidavit of Service filed on the docket), Defendant failed to appear or otherwise respond.

Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Sheet Music Plus, LLC and will promptly be filing its Motion for a Default Judgement in accordance with the Court's Individual Rules.

As such, Plaintiff is requesting 30 days in which to attempt to contact Defendant, or in the alternative, move for Default Judgment.

Thank you for the consideration of Plaintiff's request.

**SO ORDERED.**

*[signature: Alison J. Nathan]*
4/21/2021

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.