UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sanchez,

               Plaintiff,

     –v–

Sheet Music Plus, LLC,

               Defendant.

21-cv-538 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On April 22, 2021, the Court granted the Plaintiff's request for 30 days with which to attempt to contact the Defendant or move for default judgment. The Plaintiff has not filed for default judgment or otherwise provided the Court with any updates. If the Plaintiff intends to move for default judgment, the Plaintiff must do so by July 30, 2021. Failure to comply with the Court's instructions could result in dismissal of this case for failure to prosecute.

    SO ORDERED.

Dated: June 10, 2021
       New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge